FILED

FEB 1 4 2008

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIFORNIA
                                  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0200 LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1014 - False Statements on Loan Application |
| MIGNON PROVO, ) | |
| Defendant. ) | |

The United States Attorney charges:

Count 1

[18 U.S.C. §1014]

On or about October 15, 2007, in the Southern District of California, defendant MIGNON PROVO knowingly made false material statements for the purpose of influencing the actions of Guaranty Bank 815 Mission Avenue, Oceanside, California, the accounts of which are insured by the Federal Deposit Insurance Corporation, upon an unsuccessful application for a $50,000 line of credit for her personal corporation, Veon Corporation, by falsely stating, among other things, that Veon Corporation had annual sales revenue of $975,000 dollars, that its management was in place since the corporation's inception in December 2001, and that the loan proceeds were to be used for working capital, when, in fact, it had no revenue and no business, the funds

were going to be used for personal expenses, and that defendant owned the corporate name only since 2004; in violation of Title 18, United States Code, Section 1014.

DATED: February 4, 2008

KAREN P. HEWITT
United States Attorney

MITCHELL D. DEMBIN
Assistant U. S. Attorney