AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| MIGNON PROVO | CASE NUMBER: 08cr0200-LAB |

I, MIGNON PROVO, the above-named defendant, who is accused of committing the felony offense of False Statements on Loan Application on or about October 15, 2007, in violation of Title 18, United States Code, Section 1014; being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on February 14, 2008, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Dated: February 14, 2008

*/s/ Mignon Provo*
MIGNON PROVO
Defendant

*/s/ Michael A. Meyer*
MICHAEL A. MEYER
Attorney for Mignon Provo

Before: */s/ Anthony J. Battaglia*
HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

**FILED**
JAN 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY