1  Michael A. Meyer, CSB 108473
   LAW OFFICES OF MICHAEL A. MEYER
2  2601 E. Chapman, #201
   Fullerton, CA 92831
3  (714) 871-9000
   Attorney for Defendant, MIGNON PROVO
4

5

6                   UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      ) Case No.: 08CR0200LAB
                                  )
10            Plaintiff,          )
                                  ) Date: July 28, 2008
11     v.                         ) Time: 3:00 p.m.
                                  )
12                                )
                                  )
13 MIGNON PROVO,                  )
                                  )
14            Defendant.          )

15

16     TO: The Honorable Judge Burns and to all Parties of Record:

17     The Purpose of this motion is to request the court to amend Ms. Provo's sentence to

18 delete in full or in party the incarceration time in a county facility (16 weekends).

19     This motion is based on the courts assertion that is $10,000 (10 Ten Thousand dollars) is

20 paid in restitution, the court would amend the sentence by deleting 8 weekends of jail time paid

21 and delete more, if not all 16 weekends if substantially more restitution is made.

22     At this time Ms. Provo has paid $23,000 in restitution and is in a position to gain

23 employment at "The Sports Club of Orange County" once she is free from her jail commitments.

24 She should be able to make further restitution payment once she is working.

25

1

Defendants Current Status

Ms. Provo is the single mother of a 6 year old boy. Her mother is currently in a nursing home paid for by Ms. Provo, and she has custody of her son every Saturday and Sunday.

The court graciously allowed her to do her weekend time on Mondays and Tuesdays, which will work well unless she gets the job at " The Sports Club of Orange County".

The debt for which Ms. Provo is paying restitution will, almost surely, be a joint and several responsibilities with Micah Bachman, a defendant in another matter in this court. The U.S. Attorney and I agree that Mr. Bachman is the principal in the transaction that is the subject to Ms. Provo's restitution obligation. Therefore, Ms. Provo's $23,000 (twenty three thousand dollar) restitution payment represents almost half of the restitution due while Mr. Bachman has paid nothing. :

Conclusion

It is respectfully requested that the court consider deleting all of the incarceration time for defendant Provo, as she had made substantial restitution, is on the verge of becoming gainfully employed and has accepted her responsibility for the crime.

The author of this motion believes that she has "learned her lesson" and, though she has not been incarcerated she has acquired a criminal record and had become indebted by borrowing the money for restitution. Mr. Provo will never re-offend.

Respectfully Submitted,

*Michael G. Meyer*
MICHAEL A. MEYER
Attorney for Mignon Provo

2